# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATIONAL CREDIT CENTER, LLC,
Appellant,

vs.

IAD AUTO, INC., D/B/A IAD AUTO, INC.,

Respondent.

No. 81805

FILED

MAR 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to compel arbitration. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

Because no statute or court rule authorizes an appeal from an order granting a motion to compel arbitration, this court directed appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. *See Kindred v. Second Judicial Dist. Court*, 116 Nev. 405, 996 P.2d 903 (2000) (indicating that an order granting a motion to compel arbitration is not appealable). Appellant has responded and argues that the district court's order is essentially a final judgment because the district court erroneously relied on a prior, superseded contract and a fundamental issue before the court was whether the contract itself provided for arbitration. Respondent has filed a reply.

Nevada's arbitration act, allows interlocutory appeals from orders denying motions to compel arbitration, but does not provide for an interlocutory appeal of an order compelling arbitration. *See* NRS 38.247. The reasoning is that a party may appeal from an order confirming an award or other final judgment. "[I]f at the very threshold of the proceeding the defaulting party could appeal and thereby indefinitely delay the matter of arbitration, the object of the law [favoring arbitration] and the purpose of

21-07794

the written agreement of the parties would be entirely defeated." *Tallman v. Eighth Jud. Dist. Ct.*, 131 Nev. 713, 718, 359 P.3d 113, 117 (2015) (*quoting Clark Cnty. v. Empire Elec., Inc.*, 96 Nev. 18, 20, 604 P.2d 352, 353 (1980) (internal quotations omitted)). Appellant has not demonstrated that this court should depart from its established analysis. Accordingly this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Mary Kay Holthus, District Judge
Persi J. Mishel, Settlement Judge
Olson, Cannon, Gormley, & Stoberski
McDonald Carano LLP/Reno
McDonald Carano LLP/Las Vegas
Law Office of Hayes & Welsh
Eighth District Court Clerk